## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CECILIA G. SHERRY**                                                                **PLAINTIFF**

**v.**                              **CASE NO. 4:25-CV-00639-BSM**

**SOCIAL SECURITY ADMINISTRATION**                                 **DEFENDANT**
*Commissioner*

## ORDER

Cecilia G. Sherry's unopposed motion for attorney's fees [Doc. No. 14] is granted and

the Social Security Administration is ordered to pay Sherry $7,500 which may be subject to

offset to satisfy any pre-existing debt Sherry owes to the United States. *See* 28 U.S.C.§

2412(d)(1)(A); *Astrue v. Ratliff*, 560 U.S. 586, 588 (2010).

IT IS SO ORDERED this 3rd day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE